```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/11/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

- v. -

HOSAME DERGASLY,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

22 Cr. 241 (LAK)

WHEREAS, on April 26, 2022, Judge Vernon S. Broderick set the following conditions of release: $250,000 PRB; 2 Financially Responsible Persons and 1 with moral suasion; Travel Limited to SDNY/EDNY; Surrender Travel Documents (& No New Applications); Pretrial Supervision As Directed by PTS; Home Incarceration; Location Monitoring Technology As Directed by PTS; Deft to Report to PTS to Surrender All Passports, Travel Documents, or Materials for Making Them, Whether Real or False; Deft Not to Open Any New Bank Accounts/Lines of Credit W/out Prior Notice to/Approval of PTS; Deft Not to Communicate with Any Individuals Involved in Making False/Forged Passports; Deft to Be Detained Until Conditions are Met.

WHEREAS, on May 10, 2022, the Defendant moved to modify his bail conditions to permit his release on his signature and the signature of two out of three cosigners to the bond;

THE COURT HEREBY ORDERS that the Defendant's bail conditions are modified to permit his release upon his own signature and the signature of two out of three cosigners to the bond. The Defendant has two weeks to secure the final cosigner with moral suasion.

SO ORDERED.

Dated: New York, New York
       May 11, 2022

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ

5/11/22