```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

United States of America,

        vs.                                    22 CR 241(LAK)

Hosame Dergasly,
              Defendant

- - - - - - - - - - - - - - - - - x
```

TO THE UNITED STATES MARSHAL
SOUTHERN DISTRICT OF NEW YORK:

The defendant is ordered remanded into the custody of the U.S. Marshal.

DATED: June 27, 2022

_____
Lewis A. Kaplan
United States District Judge