```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
UNITED STATES OF AMERICA            :
                                    :
            - v. -                  :      [PROPOSED] ORDER
                                    :
HOSAME DERGASLY,                    :      22 Cr. 241 (LAK)
                                    :
            Defendant.              :
                                    :
------------------------------------x
```

WHEREAS, with the defendant's consent, his guilty plea allocution was made before United States Magistrate Judge James L. Cott on September 27, 2022;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York
         10/19         , 2022

                                           _____
                                           THE HONORABLE LEWIS A. KAPLAN
                                           UNITED STATES DISTRICT JUDGE
                                           SOUTHERN DISTRICT OF NEW YORK