# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

**MEMO ENDORSED**

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

August 22, 2023

<u>VIA ECF</u>
The Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-23-2023
```

Re: <u>United States v. Hosame Dergasly</u>
22 Cr. 241 (LAK)

Dear Judge Kaplan:

I write to request that Your Honor order the United States Pretrial Services Office in the Southern District of New York to release Mr. Hosame Dergasly's passport to Mr. Dergasly, or to a representative from my office.

Mr. Dergasly's passport was surrendered to Pretrial Services during the pendency of his criminal case. On February 22, 2023, Mr. Dergasly received a sentence of 11 months on each of two counts, with the terms to run concurrently, followed by two years of supervised release. Mr. Dergasly was released from Orange County Correctional Facility on July 12, 2023. Pretrial Services has informed my office that they can only release Mr. Dergasly's passport pursuant to a Court order. We thus respectfully request that the Court order the release of his passport.

Respectfully submitted,

/s/ Zawadi Baharanyi
Zawadi Baharanyi, Esq.
Assistant Federal Defender
Tel.: (212) 417-8735

SO ORDERED:

_____
HONORABLE LEWIS A. KAPLAN
United States District Judge  8/22/23